**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CALVIN LESLIE,

    Plaintiff

v.

JAMES W. WILSON, et al.,

    Defendants

Case No.: 3:25-cv-00523-MMD-CSD

**Report & Recommendation of
United States Magistrate Judge**

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

**I. BACKGROUND**

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections (NDOC), filed an application to proceed in forma pauperis (IFP) (ECF No. 1) and a pro se complaint (ECF No. 1-1). On October 16, 2025, the court entered an order denying the IFP application as incomplete and directing Plaintiff to either file a complete IFP application or pay the full $405.00 filing fee within thirty days of the court's order. Plaintiff has failed to do either, and the time for doing so has expired. It is therefore recommended that the District Judge enter an order dismissing this action without prejudice, for failure to file a complete IFP or pay the filing fee.

**II. RECOMMENDATION**

**IT IS HEREBY RECOMMENDED** that the District Judge enter an order **DISMISSING** this action, **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: December 19, 2025

_____
Craig S. Denney
United States Magistrate Judge

2