1

2

3                          UNITED STATES DISTRICT COURT

4                                 DISTRICT OF NEVADA

5                                        * * *

6   CALVIN LESLIE,                               Case No. 3:25-cv-00523-MMD-CSD

7                          Plaintiff,                       ORDER

8          v.

9   JAMES W. WILSON, *et al.*,

10                         Defendants.

11         Pro se Plaintiff Calvin Leslie, who is currently in the custody of the Nevada

12  Department of Corrections at Lovelock Correctional Center, filed an application to

13  proceed *in forma pauperis* ("IFP") (ECF No. 1) and civil rights complaint (ECF No. 1-1

14  ("Complaint")). On October 17, 2025, the Court entered an order denying the IFP

15  application as incomplete and directing Leslie to either file a complete IFP application or

16  pay the full $405.00 filing fee within thirty days of the Court's order. (ECF No. 7.) Leslie

17  has failed to do either, and the time for doing so has now expired. Before the Court is the

18  Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney

19  (ECF No. 8), recommending that the Court dismiss the action without prejudice. (ECF No.

20  8 at 1.) To date, no objections to the R&R have been filed. Because there is no objection,

21  and, as further explained below, the Court adopts the R&R in full.

22         Because there is no objection, the Court need not conduct de novo review and is

23  satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328

24  F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and

25  recommendations is required if, but *only* if, one or both parties file objections to the

26  findings and recommendations." (emphasis in original)). Judge Denney recommends

27  dismissal of the Complaint (ECF No. 1-1) without prejudice because Leslie has failed to

28

timely complete the IFP application or pay the filing fee. (ECF No. 8 at 1.) Having reviewed the R&R, Judge Denney did not clearly err.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 8) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is kindly directed to enter judgment in accordance with this Order and close this case.

DATED THIS 5th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE